JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLETCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPT.,<br><br>    Defendant. | Case No. 2:24-cv-11084-JWH(E)<br><br>**JUDGMENT** |

In accordance with the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the First Amended Complaint is **DISMISSED without leave to amend** and **without prejudice**.

**IT IS SO ORDERED.**

Dated: _____April 21_____, 2025.

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE